**Brenda Sue OLIVER, Respondent,**

v.

**Cleatys H. OLIVER, Appellant.**

**No. WD 34114.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1983.
Rehearing Denied Jan. 31, 1984.

James D. Worthington, Aull, Sherman, Worthington & Giorza, Lexington, for appellant.

George Lehnen, III, Hill, Lehnen & Driskill, Richmond, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

### ORDER

**PER CURIAM:**

Appeal from division of property in conjunction with a decree of dissolution of marriage. Judgment affirmed. Rule 84.-16(b).